ACCEPTED
15-24-00014-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/2/2025 10:00 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00014-CV

_____

IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/2/2025 10:00:07 AM
CHRISTOPHER A. PRINE
Clerk

_____

RICHARD A. HYDE, P.E., IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; AND THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

Appellants,

V.

HARRISON COUNTY, TEXAS,

Appellee.

_____

On Appeal from the 353rd District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-17-002026

_____

**UNOPPOSED MOTION FOR EXTENSION
TO FILE MOTION FOR REHEARING**

---

TO THE HONORABLE COURT OF APPEALS:

Appellee Harrison County, Texas files this unopposed motion for extension to file Motion for Rehearing under Texas Rule of Appellate Procedure 10.5 and respectfully requests a 17-day extension, until and including Monday, April 21, 2025, to file its motion for rehearing.

I.

Appellee's motion for rehearing is currently due on April 4, 2025. Appellee seeks a seventeen-day extension, which would make the brief due Monday, April 21, 2025.

II.

The extension is not sought for delay, and no party will be prejudiced if it is granted. Appellant and all other parties are unopposed to this request. This is Appellee's first request for extension. Appellee's counsel is actively involved in a hearing in complex litigation as lead counsel in *SAVERGV, Sierra Club, and Carrizo/Comecrudo Nation of Texas, Inc. v. Cameron County, Texas* pending an appeal to the Texas Supreme Court, Cause No. 2021-060150, *Union Pacific Railroad Company v. Anderson County, et al* on appeal to the Texas Supreme Court, *Maurial, et al v. Baxter & Chavigny,* in the 394th District Court of Presidio County, Case No. 24-03-00087CVF, and *Frio County, Texas v. US Casualty and Surety Insurance Company,* in the 81st/218th District Court of Frio County.

III.

Accordingly, Appellee seeks a seventeen-day extension, yielding a new due date for the Motion for Rehearing of April 21, 2025.

IV.

The parties have conferred, and Counsel for Appellant, Jake Marx, Assistant Attorney General, and counsel for all parties are unopposed to this motion.

PRAYER

Appellee requests that the Court grant a seventeen-day extension of time to file Motion for Rehearing, making it due on April 21, 2025.

Respectfully submitted,

*/s/ James P. Allison*
James P. Allison
SBN: 01090000
j.allison@allison-bass.com
J. Eric Magee
SBN: 24007585
e.magee@allison-bass.com
**ALLISON, BASS & MAGEE, LLP**
1301 Nueces Street, Suite 201
Austin, Texas 78701
(512) 482-0701 telephone
(512) 480-0902 facsimile

**CERTIFICATE OF CONFERENCE**

I certify that I conferred on April 2, 2025 with counsel for Appellant and counsel for all other parties by email. Counsel does not oppose this motion.

/s/ James P. Allison_____
James P. Allison

## CERTIFICATE OF SERVICE

I certify that a copy of Appellee's Motion for Extension of Time to File Motion for Rehearing was served on Appellant electronically on this 2nd day of April, 2025 to the following:

Jake Marx
Assistant Attorney General
Jake.Marx@oag.texas.gov
Shelby Thompson
Assistant Attorney General
Shelby.Thompson@oag.texas.gov
Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, MC 066
Austin, Texas 78711-2548

*/s/ James P. Allison*
James P. Allison

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Legal Secretary on behalf of James Allison
Bar No. 1090000
allison.bass@allison-bass.com
Envelope ID: 99172226
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension to File Motion for Rehearing
Status as of 4/2/2025 10:12 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James P. Allison | | j.allison@allison-bass.com | 4/2/2025 10:00:07 AM | SENT |
| Legal Secretary | | allison.bass@allison-bass.com | 4/2/2025 10:00:07 AM | SENT |
| irene tong | | irene.tong@oag.texas.gov | 4/2/2025 10:00:07 AM | SENT |
| Julia McVey | | j.mcvey@allison-bass.com | 4/2/2025 10:00:07 AM | SENT |
| Jake Marx | | jake.marx@oag.texas.gov | 4/2/2025 10:00:07 AM | SENT |
| Susana Naranjo-Padron | | s.naranjo-padron@allison-bass.com | 4/2/2025 10:00:07 AM | SENT |
| Shelby Thompson | | shelby.thompson@oag.texas.gov | 4/2/2025 10:00:07 AM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 4/2/2025 10:00:07 AM | SENT |